**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re

Michael David Boyle

     Debtor

Case No. 10–30404
Chapter 13

**ORDER SUSTAINING OBJECTION TO CLAIM(S)**

An objection was filed to the claim(s) of *American General Finance (Claim #20)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 31st day of August, 2010.

                               /s/ Dwight H. Williams Jr.
                               United States Bankruptcy Judge