**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE:      MICHAEL DAVID BOYLE                    CHAPTER 13
            DEBTOR.                                CASE NO.  10-30404

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Comes now the above listed Debtor and objects to the Trustee's Motion to Dismiss.  As grounds Debtor states as follows:

1.  That debtor got behind in payments due to health issues.

2.  Debtor is enlisting in the National Guard and plans to have the chapter 13 payments taken from his guard check.

3.  Debtor is mailing a payment of $1000.00 today and wishes to remain in bankruptcy.

Dated: November 12, 2010.


/s/ David Weston

_____
The Anderson Law Firm, LLC.
David Weston-Attorney for Debtor
7515 Halcyon Pte. Dr.
Montgomery, AL 36117
(334) 265-4477


### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion on the Chapter 13 Trustee, via electronic filing.

Dated: November 12, 2010.


/s/ David Weston

_____
The Anderson Law Firm, LLC.
David Weston-Attorney at Law