**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                                    **CASE NO. 10-30404-DHW**
                                                              **CHAPTER 13**

**MICHAEL DAVID BOYLE**


**Debtor(s)**

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

COMES NOW the Trustee, by and through the undersigned counsel, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on February 18, 2010 and confirmed on May 10, 2010.
2. Debtor's current plan payments are $570.00 monthly, and the overall pay record is 44.96% .
3. No prior motions to dismiss have been filed in this case.
4. One  motions for relief have been filed in this case.
5. This is the only Motion to Dismiss filed in the past 12 months.
6. The last payments received by the Trustee from the debtor were received on:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $572.00 | 05/06/2010 | 1428 | $578.20 | 07/07/2010 | 0780 | $578.20 | 07/07/2010 | 0782 |
| $578.20 | 07/07/2010 | 0781 | | | | | | |

7. The case is  feasible.

Respectfully submitted on November 29, 2010.

| | |
|---|---|
| Office of the Chapter 13 Trustee | ***/s/ Curtis C. Reding*** |
| P.O. Box 173 | |
| Montgomery, AL 36101-0173 | Curtis C. Reding |
| Phone:  (334)262-8371 | Chapter 13 Trustee |
| Fax: (334)262-8599 | |
| email:  Ch13Trustee@ch13mdal.com | |

### CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on November 29, 2010.

***/s/ Curtis C. Reding***

Curtis C. Reding
Chapter 13 Trustee