**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**


In re                                                    Case No. 10-30404-DHW
                                                         Chapter 13

MICHAEL DAVID BOYLE,

        Debtor.


**ORDER ALLOWING WITHDRAWAL**

        Upon the request of the chapter 13 trustee to withdraw the motion to dismiss

the above-styled case, it is

        ORDERED that the motion is WITHDRAWN.

        Done this 8 day of February, 2011.


                                        /s/ Dwight H. Williams, Jr.
                                        United States Bankruptcy Judge


c: Debtor
   David Weston,  Attorney for Debtor
   Curtis C. Reding, Trustee