# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:

MICHAEL DAVID BOYLE

Debtors

Case No. 10-30404

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Curtis C. Reding, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/18/2010.

2) The plan was confirmed on 05/10/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/14/2010, 05/26/2011, 01/27/2012.

5) The case was converted on 04/25/2012.

6) Number of months from filing to last payment: 20.00.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: $125,000.00.

9) Total value of assets exempted: $3,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

**UST Form 101-13-FR-S (4/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,773.60 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $6,773.60

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,339.70 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $304.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,643.78

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE MANAGEMENT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ALABAMA ORTHOPAEDIC | Unsecured | 158.20 | 158.20 | 158.20 | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 1,923.57 | 1,923.57 | 1,923.57 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Secured | 8,750.00 | 8,482.06 | 8,482.06 | 0.00 | 0.00 |
| APEX FINANCIAL MGMT. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | 776.86 | 780.69 | 780.69 | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 300.85 | 335.34 | 335.34 | 0.00 | 0.00 |
| CHASE HOME FINANCE | Secured | 149,500.00 | 126,141.05 | 126,141.05 | 0.00 | 0.00 |
| CREDITORS FINANCIAL GROUP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ERSOLUTIONS, INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Unsecured | NA | 4,194.73 | 4,194.73 | 0.00 | 0.00 |
| GE CONSUMER FINANCE | Unsecured | 1,194.25 | 1,234.24 | 1,234.24 | 0.00 | 0.00 |
| GMAC | Secured | 19,366.00 | 20,371.29 | 20,371.29 | 2,594.67 | 1,535.15 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JACKSON HOSPITAL & CLINIC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| JIM MASSEY'S | Unsecured | 139.43 | NA | NA | 0.00 | 0.00 |
| KENTUCKIANA REPORTERS | Unsecured | 1,117.90 | NA | NA | 0.00 | 0.00 |
| LANCE MILLER | Secured | NA | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,161.73 | 1,169.31 | 1,169.31 | 0.00 | 0.00 |
| MAX CREDIT UNION | Unsecured | NA | 8,235.17 | 8,235.17 | 0.00 | 0.00 |
| MAX FEDERAL CREDIT UNION | Unsecured | 6,716.61 | NA | NA | 0.00 | 0.00 |
| MELISSA TAYLOR BOYLE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MELISSA TAYLOR BOYLE | Priority | NA | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC | Unsecured | NA | 1,463.65 | 1,463.65 | 0.00 | 0.00 |
| MONTGOMERY PSYCHIATRY ASSO | Unsecured | 520.00 | 551.88 | 551.88 | 0.00 | 0.00 |
| MOTION MEDICAL | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT LLC | Unsecured | 3,344.50 | 3,344.50 | 3,344.50 | 0.00 | 0.00 |
| OLD NAVY | Unsecured | 1,406.24 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRIMESOUTH BANK | Unsecured | 15,821.38 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| PRIMESOUTH BANK | Unsecured | 26,056.86 | 25,250.00 | 25,250.00 | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | NA | 108,501.17 | 108,501.17 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 1.00 | 5,698.19 | 0.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SVC | Unsecured | 5,075.38 | NA | NA | 0.00 | 0.00 |
| STUDENT ASSISTANCE CORPORATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| THOMSON WEST | Unsecured | 3,008.35 | 3,418.72 | 3,418.72 | 0.00 | 0.00 |
| U S DEPT OF EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US ATTORNEYS OFFICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VANTAGE SOURCING | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 594.70 | 594.70 | 594.70 | 0.00 | 0.00 |
| WALTER KENDRICK JAMES, ESQ. | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| YEAROUT, SPINA & LAVELLE | Unsecured | NA | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $126,141.05 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $28,853.35 | $2,594.67 | $1,535.15 |
| **TOTAL SECURED:** | **$154,994.40** | **$2,594.67** | **$1,535.15** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$176,155.87** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $2,643.78 |
| Disbursements to Creditors | $4,129.82 |
| | |
| **TOTAL DISBURSEMENTS** : | **$6,773.60** |

UST Form 101-13-FR-S (4/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/07/2012

By: /s/ Curtis C. Reding

Trustee

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**