In re

Case No. 10–30404
Chapter 7

Michael David Boyle

     Debtor

**NOTICE OF REQUIREMENT TO FILE A STATEMENT OF
COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
(Official Form 23)**

According to the records of the Bankruptcy Clerk, the following items have NOT
been filed within 45 days after the first date set for the §341 Meeting of Creditors:

**Certificate of Completion of Financial Management Course by the**
☒ Debtor ☐ Joint Debtor

Subject to limited circumstances, a debtor must complete an instructional course in
personal financial management from an approved provider and file a certification of
completion of a course concerning personal financial management (Official Form
23). Pursuant to Bankruptcy Rule 5009(b), this case may be closed without discharge
unless the certification is filed within the applicable time limit under Rule 1007(c).[1]

Please complete and file Official Form 23 within 20 days of the date of this notice.

− A list of approved personal financial management providers can be found at
    http://www.almba.uscourts.gov/Approved%20CCDEAgencies.pdf
− A copy of Official Form 23 (Certification of Completion) can be found at
    http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx

Dated: August 1, 2012

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court

[1] A Motion to Reopen Case will be required for the debtor to motion the court for a discharge after the
case has been closed.