# United States Bankruptcy Court
## Middle District of Alabama

In re    Michael David Boyle                                         Case No.    10-30404
                              Debtor(s)                              Chapter    13

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I,  Michael David Boyle , the debtor in the above-styled case, hereby certify that on  8/2/12 , I completed an instructional course in personal financial management provided by  Consumer Financial Education Foundation of America (CFEFA) , an approved personal financial management provider.

Certificate No. (if any):  9622538 .

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
   ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
   ☐ Active military duty in a military combat zone; or
   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   /s/ Michael David Boyle
                        Michael David Boyle

Date:   August 2, 2012

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Case 19-80404  Doc 19  Filed 09/02/12  Entered 09/02/12 16:47:01  Desc Main
Document    Page 2 of 2



Certificate Number: *9622538*

# Certificate of Completion
## of Personal Financial Management

The Consumer Financial Education Foundation of America* hereby certifies that *Michael Boyle* has completed a session of Personal Financial Management Course, required pursuant to 11 U.S.C. Section 521 (b).

Done this 2nd day of August 2012.



Richard K. Mauk, Instructor

*CFEFA is a licensed agency approved to issue certificates in compliance with the Bankruptcy Code by the Bankruptcy Administrator for the State of Alabama.

